# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 4:97CR83 |
| Everett Ceasar Grier ) | USM No: 14350-058 |
| Date of Previous Judgment: 8/30/04 (Rule 35 date) ) | Tanzania Chevon Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __248 (total for both counts)__ months **is reduced to** __157 months (total)__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __34__         Amended Offense Level: __32__
Criminal History Category: __III__       Criminal History Category: __III__
Previous Guideline Range: __188__ to __235__ months   Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
On 9/19/97, sentenced to 188 months on count 1 and 60 months consecutive on count 2, for a total of 248 months confinement. On 8/30/04, received Rule 35 reduction. Sentenced to 120 months on count 1 and 60 months consecutive confinement on count 2, for a total of 180 months. The 120-month sentence for count 1 imposed at the time of the Rule 35 was 64% of the low end of the original guideline range. 97 months confinement is 64% of the low end of the revised guideline range for count 1. The additional 60 months confinement is for the mandatory

Except as provided above, all provisions of the judgment dated __9/19/97 (orig.)__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __June 25, 2008__

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge